No. 83–442. HILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–446. AL BRYANT, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 83–447. SEA-LAND SERVICE, INC. v. AKERMANIS. C. A. 2d Cir. Certiorari denied.

No. 83–450. HULL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–464. LEE v. MONSEN, DEPUTY CHIEF OF THE ELMHURST POLICE DEPARTMENT, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–476. IAVARONE v. UNITED STATES; and

No. 83–636. BATTISTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: No. 83-476, 720 F. 2d 668; No. 83-636, 720 F. 2d 667.

No. 83–479. KAN v. LANDON. C. A. 9th Cir. Certiorari denied.

No. 83–492. MOBILE HOME ESTATES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 83–493. AMERADA HESS CORP. ET AL. v. GREEN. C. A. 5th Cir. Certiorari denied.

No. 83–496. WILFORD ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–497. KALY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 83–504. FIELD CONTAINER CORP. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–525. JONES ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 83–530. THOMPSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.